September 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD,

Appellants

NO. 14-12-00264-CV            V.

E. BARGER MILLER, III AND REUNION POTASH COMPANY,

Appellees

_____

REUNION POTASH COMPANY,

Appellant

NO. 14-12-00318-CV            V.

WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD,

Appellees

_____


These consolidated appeals from the trial court's judgment signed March 27, 2012, were heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order all parties to pay their own costs incurred in this appeal.

We further order this decision certified below for observance.